SONABLE AND 2) "THE RECORD CONTAINS [ ] INFORMATION INCONSISTENT WITH [THE MILITARY JUDGE'S] FINDINGS OF FACT."

Appellee will file an answer under Rule 22(b) on or before January 15, 2015.

No. 14–0660/AR. U.S. v. Michael C. Budka. CCA 20120435. Appellant's motion to extend time to file a reply brief is granted to January 9, 2015.

No. 15–0258/AR. U.S. v. Ricardo Gonzales. CCA 20140620. Appellee's motion to extend time to file an answer to the writ–appeal petition is granted to January 15, 2015.

No. 15–0277/AR. U.S. v. Michael A. Audet. CCA 20120574. Appellant's motion to extend time to file the supplement to the petition for grant of review is granted to January 20, 2015.

Tuesday, January 6, 2015

No. 15–0284/AF. U.S. v. James E. Burke, III. CCA S32137. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 26, 2015.

No. 15–0286/AR. U.S. v. Rasheen K. McCullers. CCA 20120931. On consideration of Appellant's motion to extend time to file the supplement to the petition for grant of review, it is ordered that said motion is hereby granted, but only up to January 26, 2015. Any further motion for enlargement of time to file the supplement to the petition for grant of review will be granted for good cause.

Wednesday, January 7, 2015